UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RANDY E. PERKINS,

        Plaintiff,

  v.

JAMES A. YATES et al,

        Defendant.

Case Number: CV07-06185 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 11, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Randy E. Perkins V-70775
Pleasant Valley State Prison
24863 W. Jayne Ave.
P.O. Box 8503
Coalinga, CA 93210-8503

Dated: December 11, 2007

                                        Richard W. Wieking, Clerk
                                        By: Barbara Espinoza, Deputy Clerk