IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY E. PERKINS,<br><br>      Plaintiff,<br><br>  v.<br><br>JAMES A. YATES,<br><br>      Defendant.<br>_____/ | No. CV 07-06185 CRB ,<br><br>**JUDGMENT IN A CIVIL CASE** |

    ( )  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    (X)  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** that judgment be entered in favor of respondent.

Dated: December 11 ,2007                                                    Richard W. Wieking, Clerk

                                                                                                     By: _____<br>                                                                                                    Deputy Clerk